Civil Action
Wynder v Womack, etal
U.S.D.C

Dear Clerk

Relative to the above captioned matter, I am the Plaintiff named therein. The defendants are as followed:

(1) State Trooper officer Womack, individually and in his capacity

(2) New Jersey State Police

(3) Cumberland County

(4) City of Bridgeton

(5) New Jersey State Parole Board

(6) John Does 1-5

(7) State Trooper officer Norton, ind and in his capacity

Defendant #1 is being sued for his actions of conspiracy to violate plaintiffs rights, false imprisonment,

Defendant #2 is the Employer for defendant #1, and 7

Defendant #3 is the County of employment for defendants #1, 2, 4, and 7

Defendant #4 is the city of the Municipality defendant #1 obtained said warrant from alleging he had probable cause, and also the city of Cumberland County.

Defendant #5 is the employer for defendant John does 1-5 and the defendant(s) who falsely imprisoned ~~plaintiff~~, violated the plaintiff rights under due process, cruel and unusal punishment, in addition these defendants have committed criminal acts of Kidnapping the Plaintiff where he remain unlawfully incarcerated due to these defendants actions.

Defendant #6 is the defendants who did the parole hearings but knew prior to said hearing that Plaintiffs rights were being ready to be violated in addition to defendants already being aware that Plaintiffs rights were being violated since they were well aware that Plaintiff had been exonerated from said allegations in their entirety but continued said conspiracy in violating plaintiffs rights and is being sued for their actions.

Defendant #7 is the defendant who is being sued for his actions of conspiracy to violate Plaintiff rights, false imprisonment racial profiling, etc. He is being sued for his actions.

Plaintiff reserves to amend this complaint as discovery proceeds.

① On September 7, 2016 Plaintiff was arrested and charged with a 38 caliber handgun.

② Plaintiff was racial profiled by defendant Womack and other unknowns at this time.

③ Plaintiff was falsely imprisoned based on these false accusations from September 7, 2016 where he has remained as of date (despite said allegations have been disposed of).

## Statement of Facts

Plaintiff on September 7, 2016 was on parole supervision on unrelated offenses. On 9-07-16 while in the Township of Fairfield, County of Cumberland Plaintiff was racially profiled by New Jersey State Police Trooper Womack when he was pulled over by this defendant who alleged he was getting the smell of old burnt marijuana. Upon search of Plaintiff vehicle no marijuanna, and/or drug paraphenela was detected, found etc. Defendant Trooper Womack alleges that upon further search he found a weapon which he charged Plaintiff with same. No fingerprints, DNA, evidence was found belonging to Plaintiff. The Complaint filed by defendant Womack was submitted to Cumberland County Prosecutors office who thereafter sent same to a grand Jury for return of an indictment. Based on defendant Womack testimony to grand Jury and the evidence thereto the grand Jury refused to indict the plaintiff and the allegations were dismissed in their entirety.

On/or about November 2017 plaintiff was seen by members from New Jersey State Parole Board who confirmed that these accusations were dismissed in its entirety and plaintiff should be released from custody immediately. On November 27, 2017 members from New Jersey State Parole Board (even after informing plaintiff he was only confined on parole violation due to the gun allegations) gave him a future eligibility term of (27) twenty-seven months stating due to the gun violation (which was dismissed) parole is denied.

The New Jersey State Parole Board violated the Plaintiff's due process rights and furthered falsely imprisoned plaintiff when they violated his parole due to the allegations of gun possession, (after this accusation was dismissed the defendants furthered said violations by keeping plaintiff falsely imprisoned alleging due to same allegations) which no longer is against plaintiff.

Defendant John doe #3 is the prosecutor defendant who maliciously prosecuted plaintiff for said allegations without probable cause, which ended in plaintiffs favor. Plaintiff's parole was revoked for the accusations instituted by defendant norton, and Womack, and furthered by John doe #3 which was dismissed and abandoned by the grand jury. These acts were malice and was for unlawful reasons. The Defendants are being sued for their actions for monetary damages and the punitive damages that are ongoing.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Daryl W. Wynder

_(In the space above enter the full name(s) of the plaintiff(s).)_

RECEIVED
DEC 14 2017
AT 8:30
WILLIAM T. WALSH CLE

- against -

Trooper Wonyack, individually and in capacity
New Jersey State Police
Cumberland County
City of Bridgeton
New Jersey State Parole Board
John Does 1-5
Trooper Norton, indiv and in capacity

COMPLAINT

Jury Trial: ☑ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            Daryl W. Wynder
           Street Address  B.B.C.F. Rt 47
           County, City    Cumberland Delmont
           State & Zip Code N.J. 08314
           Telephone Number Confined

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Trooper Womack, indiv and in capacity_
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 2  Name _New Jersey State Police_
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 3  Name _Cumberland County_
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 4  Name _City of Bridgeton_
Street Address ___
County, City ___
State & Zip Code ___

#5 New Jersey State parole board
#6 John Does 1-5

**II.  Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions          [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights violation, false imprisonment Malicious prosecution,_

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Fairfield Township_

B. What date and approximate time did the events giving rise to your claim(s) occur? _September 7, 2016_

C. Facts: [What happened to you?]
① Defendant #1 committed acts of racial profiling when he saw plaintiff in his vehicle committing no violations of the law.

② [Who did what?] Defendant #1 arrested and charged plaintiff with crime of poss of a weapon namely a gun; plaintiff was on parole during said racial profiling by defendant, was violated for the allegations constit instituted by defendant #1. ③ Defendant #2 is the employer for defendant #1 ④ Defendant #3 is the County for defendant #4 [Was anyone else involved?] Defendant #5 is the department who was responsible for supervision of plaintiff parole supervision who violated plaintiffs rights by continuing to deny plaintiff release from custody even after it learned that plaintiff was exonerated for said allegations. [Who else saw what happened?] John doe #1 openly admitted on record that plaintiff was not suppose

-3-

to be confined on any parole violations because the allegations instituted by defendant #1 were abandoned by the prosecutor, and he did not know or understand why the plaintiff was still confined since the charges were all dismissed in their entirety. In November 27, 2017 defendant John doe furthered this conspiracy to violate plaintiffs rights when for no legal/lawful reason he gave the plaintiff a future eligibility term of 27 months stating parole is being denied due to the Plaintiff not refraining from being in possession of a gun. Defendant #1 was present at parole revocation hearing where he lied in order to keep plaintiff confined. As of date of filing said suit the Plaintiff remains confined for no lawful reason and his rights remain being violated by the defendants #5 which denied plaintiff from being released after there was no lawful reason to keep him detained, this was confirmed by John doe #3 during the recorded parole hearing on November 27, 2017.

Plaintiff reserves the right to amend this complaint as same proceeds.

Plaintiff requests a trial by jury.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff seeks monetary compensations for false imprisonment, malicious prosecution, punitive damages, due process violations, cruel and unusal punishment. Plaintiff seeks the amount in total of 9.1 million dollars for the damages that have occurred and are ongoing. These include compensatory, punitive, nominal, attorney fees, court costs, cost of suit, and any other relief the court deems fit. Plaintiff seeks trial by jury for all claims mentioned herein.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _2nd_ day of _December_, 20_17_.


Signature of Plaintiff _____
Mailing Address  S.S.C.F.
4895 Rt 47
Delmont, N.J.
Telephone Number _____
Fax Number *(if you have one)* _____
E-mail Address _____


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.




Signature of Plaintiff: _____